**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMINE KADIYAN,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>        Defendant-Appellee. | No. 11-55697<br><br>2:10-cv-05921-MMM-MAN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Argued and Submitted January 7, 2013
Pasadena, California

Before:    W. FLETCHER, and RAWLINSON, Circuit Judges, and KORMAN,
Senior District Judge.[**]

Plaintiff Armine Kadiyan appeals the district court's grant of summary

judgment in favor of defendant, Medtronic, Inc.  We agree with the district court that

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Edward R. Korman, Senior United States District Judge for the Eastern District of New York, sitting by designation.

there were no genuine issues of material fact that precluded the grant of summary judgment. Even assuming plaintiff was terminated, as she alleges, defendant's undisputed conduct did not violate the California Family Rights Act or the Fair Employment and Housing Act and, consequently, her termination was not in violation of public policy. Moreover, plaintiff's claim for breach of express or implied employment contract is flatly contradicted by the documents that she signed indicating her employment was at all times "at-will." Thus, we uphold the grant of summary judgment.

AFFIRMED.